No. 22, Misc. CRONHOLM *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondent.

No. 23, Misc. BANDI *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 24, Misc. SUPERO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 26, Misc. MAYS, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. Supreme Court of Appeals of Virginia. Certiorari denied. *Paul Whitehead* for petitioner. *Sidney S. Alderman, H. G. Hedrick, Thomas B. Gay* and *Lewis F. Powell, Jr.* for respondent.

No. 27, Misc. BUTE *v.* RAGEN, WARDEN, ET AL. Supreme Court of Illinois. Certiorari denied.

No. 28, Misc. HOGAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 30, Misc. ASPERO *v.* MEMPHIS AND SHELBY COUNTY BAR ASSOCIATION. Supreme Court of Tennessee. Certiorari denied. Petitioner *pro se. Marion G. Evans* for respondent.